FILED
JUN 2 0 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
2012 JUN 20   PM 2:32

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYSCOM, INC., a Delaware corporation, | Case No. 11-CV-1959-WQH-CAB |
| Plaintiff, | |
| vs. | **DEFAULT JUDGMENT** |
| SECURE INTERNET COMMERCE NETWORK, INC., a Nevada corporation, | |
| Defendant. | |

///

DEFAULT JUDGMENT

THE COURT, having considered Plaintiff SYSCOM, Inc.'s application for default judgment, finds that Defendant Secure Internet Commerce Network, Inc. has failed to appear and defend this action after receiving service of the same, and default against the same Defendant was entered in this action on February 3, 2012. Accordingly, the Court enters default judgment against Defendant Secure Internet Commerce Network, Inc. as follows:

1. Awarding Plaintiff SYSCOM, Inc. $329,560.31 for its contract claim;
2. Awarding Plaintiff SYSCOM, Inc. $174,386.34 in pre-judgment interest; and
3. Post-judgment interest on this judgment at the rate of 0.18% per annum, pursuant to 28 U.S.C. § 1961.

Dated: 6/19/12

_____
The Hon. William Q. Hayes
United States District Court Judge

Page 1
DEFAULT JUDGMENT